UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE AYALA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT,<br><br>　　　　　Defendant. | Case No. ED CV 14-947 CJC (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge.  Further, the Court has engaged in a de novo review of those portions of the Report to which Plaintiff has objected.  The Court accepts the findings and recommendation of the Magistrate Judge.

　　IT IS ORDERED that this action is dismissed with prejudice.

DATE:  October 7, 2014　　　　　_____

　　　　　　　　　　　　　　　　　　HON. CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE