JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE AYALA, | Case No. ED CV 14-947 CJC (MRW) |
| Plaintiff, | |
| vs. | JUDGMENT |
| SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT, | |
| Defendant. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATE: October 7, 2014

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE